State v. Jones

STATE OF NORTH CAROLINA )
)
v. ) ORDER
)
ELLEHUE JONES )

No. 583P83

(Filed 2 April 1985)

IT appears to this Court that *Judge Hal D. Walker* erred in his conclusion that defendant had waived his right to appeal.

Defendant's petition for certiorari is allowed for the following purpose:

The case is remanded to the Court of Appeals for entry of an order allowing defendant's petition for certiorari and establishing an appropriate schedule for preparation and docketing the Record on Appeal and for briefing.

This 2nd day of April 1985.

VAUGHN, J.

For the Court